IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARILOU RAYMUNDO,

    Plaintiff,

  v.

ACS STATE & LOCAL SOLUTIONS, INC., a Corporation; and DOES 1 through 50, inclusive

    Defendants.

No. C 13-00442 WHA

**ORDER RE LIMITED DISCOVERY**

    The Court has read the file, and in light of the dispute over whether or not plaintiff initialed the arbitration agreement, both sides shall be entitled to take **ONE** deposition of a witness on the other side as well as to propound up to **FIVE** narrow document requests, all directed at the online procedures and plaintiff's initials. Both sides shall produce documents on an expedited basis and shall provide supplements to the pending motions by **NOON ON APRIL 25, 2013**. The hearing for April 18 is hereby rescheduled for **MAY 9 AT 8:00 A.M.** The case management conference is also **MOVED** to **MAY 9 AT 8:00 A.M.** A joint case management statement is due at least seven days prior.

    **IT IS SO ORDERED.**

Dated: April 11, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE