United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARILOU RAYMUNDO,

    Plaintiff,

v.

ACS STATE & LOCAL SOLUTIONS,
INC. and DOES 1 through 50, inclusive

    Defendants.
_____/

No. C 13-00442 WHA

**FURTHER QUESTION
FOR ORAL ARGUMENT**

    The parties are hereby on notice to be prepared to discuss at the hearing on **MAY 9** the cost an employee would have to pay for arbitration and the legal effect of that cost, if any.

**IT IS SO ORDERED.**

Dated: May 6, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE